**Filed**

NOV 23 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 09-70967-RS |
| ) | |
| Plaintiff, ) | [Proposed] ORDER CONTINUING THE |
| v. ) | PRELIMINARY HEARING FROM |
| ) | NOVEMBER 30, 2009, TO DECEMBER 3, |
| RUBEN GUTIERREZ-PERAITA, ) | 2009, AT 9:30 A.M.. |
| ) | |
| Defendant. ) | |

(handwritten: RS)

Good cause appearing and by stipulation of the parties, it is hereby ordered that the preliminary hearing in the above-captioned matter, presently scheduled for November 30, 2009, at 11:00 a.m., be continued to December 3, 2009, at 9:30 a.m.

IT IS FURTHER ORDERED that , and the period of delay from November 30, 2009, to December 3, 2009, is excluded for purposes of Rule 5(c) of the Federal Criminal Procedure.

SO ORDERED.

Dated: November 23, 2009

_____
HONORABLE **RICHARD SEEBORG**,
United States Magistrate Judge

Order Continuing Preliminary Hearing
No. 09-70967-RS                    1